IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 09-0212
 ((((((((((((((((

 IN THE INTEREST OF R.S., A CHILD

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Motion for Extension of Time to File Petition For Review
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The petitioner's redrafted motion to extend time to file
petition for review, filed on March 26, 2009, is ABATED.
 2. The motion is removed from the Court's active docket. It is
the parties' responsibility to immediately notify this Court once the court
of appeals' decision is final. See Tex. R. App. P. 53.7(a).
 Done at the City of Austin, this 1st day of April, 2009.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Jessica Hamby, Deputy Clerk